# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| CHAD COLEMAN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CASE NO: 2:15-cv-00605 |
| ) | |
| LVNV FUNDING, LLC, et al. ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

## FINAL JUDGMENT

This matter comes before the court on the "Notice of Acceptance of Defendants' Offer of Judgment." (Doc. 24). Pursuant to Rule 68 and upon consideration of the Offer of Judgment (doc. 24-1), the court **ORDERS** that Judgment is entered against only Defendant, Resurgent Capital Services, LP only for $7,500. The court **DISMISSES** the case with prejudice against ALL Defendants with each party bearing its own costs, expenses, and fees.

The court further **ORDERS** that Defendant Resurgent Capital Services may pay the proceeds of the judgment directly to the attorneys of record for the Plaintiff and that, upon receipt, Plaintiff's attorneys will notify the court of the satisfaction of the judgment.

DONE and ORDERED this 14th day of December, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE